AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BENITO DAVID BRYANT,

　Plaintiff,

v.

W. MOCK,

　Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV423-24

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on March 22, 2023, Plaintiff's Amended Complaint is dismissed for failure to state any claim upon which relief can be granted. This action stands closed.

Approved by: _Christopher L. Ray_
Christopher L. Ray
United States Magistrate Judge

March 22, 2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020